UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:16-CV-823-TBR-LLK

TROY PRATHER                                                                                         PLAINTIFF

v.

PEDRO DAVILLA, *et. al.*                                                                      DEFENDANTS

## SETTLEMENT CONFERENCE ORDER

Senior Judge Thomas B. Russell referred this matter to Magistrate Judge Lanny King to conduct a settlement conference (Docket # 16).

**IT IS HEREBY ORDERED** as follows:

The settlement conference is hereby scheduled at the **United States Courthouse, 601 W. Broadway, Louisville, Kentucky, on Friday, January 19, 2018, commencing at 9:00 a.m. Eastern Time (8:00 a.m. Central Time)**. In addition to counsel who will try the case being present, it is required that the parties, or a person with actual settlement authority for the parties[1] be present at the conference. Representatives attending the settlement conference must have full settlement authority, including the power to change the party's settlement position without obtaining additional authority. *Holly v. UPS Supply Chain Sols., Inc.*, No. 3:13-CV-980-DJH-CHL, 2015 WL 4776904, at *5 (W.D. Ky. Aug. 12, 2015) (emphasis added). All participants will be allowed to bring their cell phones into the Courthouse during the settlement conference.

No later than the close of business on **January 12, 2018**, the Parties shall deliver directly to the Magistrate Judge, ex parte settlement conference statements that specify their respective

---

[1] See *Holly v. UPS Supply Chain Sols., Inc.*, No. 3:13-CV-980-DJH-CHL, 2015 WL 4776904 (W.D. Ky. Aug. 12, 2015); *Holly v. UPS Supply Chain Sols., Inc.*, No. 3:13-CV-980-DJH-CHL, 2015 WL 2446110 (W.D. Ky. May 20, 2015).

1

settlement positions and **must include the following** (or state if any of the requested information is unknown):

1) A candid assessment of the strengths and weaknesses of both sides of the case;

2) An appraisal of the issue of liability;

3) A listing of the parties and the names and job titles of the party representative(s) who will be attending the settlement conference as well as a description of their relationship to the case at issue;

4) A description of any applicable or potentially applicable insurance coverage;

5) An itemization of special damages and evaluation of causation for same;

6) An evaluation of non-economic damages and evaluation of causation for same;

7) A description of the status of discovery to date and discovery to be taken in the future;

8) An assessment of the economic cost of proceeding to trial; and

9) The status of settlement negotiations to date including the amounts of any offers/demands made by each party.

Each statement is to be furnished only to the Court and not the other side. **The statements shall not be filed with the Clerk of the Court but shall be furnished by emailing same to the undersigned, in .pdf format, to Judge_King_Chambers@kywd.uscourts.gov**.

**IT IS FURTHER ORDERED** that at least 14 days prior to the settlement conference, Plaintiff's counsel shall submit a written itemization of damages and settlement demand to Defendant's counsel with a brief explanation of why such a settlement is appropriate. No later

than 7 days prior to the settlement conference, Defendant's counsel shall submit a written offer to Plaintiff's counsel with a brief explanation of why such a settlement is appropriate.

**IT IS FURTHER ORDERED** that if either party anticipates requesting special terms to be included in a final settlement agreement, such as confidentiality or indemnity provision, the party should include a draft settlement agreement with its ex parte settlement conference statement.

**IT IS SO ORDERED.**

Lanny King, Magistrate Judge
United States District Court

c:	Counsel

October 27, 2017

3