UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:16-CV-823-TBR-LLK

TROY PRATHER                                                                                      PLAINTIFF

v.

PEDRO DAVILA, *et. al.*                                                                       DEFENDANTS

## JUDGE'S REPORT

Senior Judge Thomas B. Russell referred this matter to Magistrate Judge Lanny King to conduct a settlement conference (Docket # 16). Magistrate Judge King conducted a settlement conference on January 19, 2018. (Docket # 17). The parties and their respective counsel attended.

Following negotiations between the Court and counsel and/or the parties, the undersigned reports that the parties were able to reach an amicable resolution. Counsel will submit appropriate settlement documents for consideration by Judge Russell.

*[signature]*

Lanny King, Magistrate Judge
United States District Court

January 22, 2018

c: Counsel
p: 4.45