UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

TROY PRATHER,
           Plaintiff

v.

           CIVIL ACTION NO. 3:16-cv-00823-TBR

PEDRO DAVILA,
JORGE REY MARTY,
DAVILA TRUCKING SERVICE, INC,
EMILIO LOPEZ, AND
AMTRUST NORTH AMERICA,
           Defendants

## AGREED ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the Motion of the Parties Jointly to Dismiss the Plaintiff, Troy Prather's Complaint with prejudice, as settled, and the Court being otherwise thoroughly and sufficiently advised;

IT IS THEREFORE ORDERED AND ADJUDGED that the claims of the Plaintiff, Troy Prather are DISMISSED with prejudice as settled. The defendants, Pedro Davila, Jorge Rey Marty, Davila Trucking Service, Inc., Emilio Lopez and Amtrust North America are released and discharged from any liability for all claims made, or which might have been made. Each party shall bear its owns costs.

    IT IS SO ORDERED